# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**567**

**CAF 13-01764**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, LINDLEY, AND DEJOSEPH, JJ.

---

IN THE MATTER OF EMILY A.
----------------------------------------
LIVINGSTON COUNTY DEPARTMENT OF SOCIAL
SERVICES, PETITIONER-RESPONDENT;

                                      MEMORANDUM AND ORDER

GINA A., RESPONDENT-APPELLANT.
----------------------------------------
GARY LIPPERT AND LISA LIPPERT,
INTERVENORS-RESPONDENTS.
(APPEAL NO. 2.)

---

JEANNIE MICHALSKI, CONFLICT DEFENDER, GENESEO (KELIANN M. ARGY OF
COUNSEL), FOR RESPONDENT-APPELLANT.

SUSAN JAMES, ATTORNEY FOR THE CHILD, WATERLOO.

DAVISON LAW OFFICE PLLC, CANANDAIGUA (MARY P. DAVISON OF COUNSEL), FOR
INTERVENORS-RESPONDENTS.

---

     Appeal from an order of the Family Court, Livingston County
(Dennis S. Cohen, J.), entered August 28, 2013 in a proceeding
pursuant to Social Services Law § 384-b.  The order, among other
things, terminated respondent's parental rights.

     It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

     Same memorandum as in *Matter of Emily A.* ([appeal No. 1] ___ AD3d
___ [June 12, 2015]).

Entered:  June 12, 2015                          Frances E. Cafarell
                                                   Clerk of the Court